UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRETT KING,

        Petitioner,        Case Number: 2:11-CV-14037

v.        HON. DENISE PAGE HOOD

KENNETH ROMANOWSKI,

        Respondent.
_____/

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated July 31, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 31st day of July, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2013, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager